Fred THOMAS, Appellant, v. UNITED STATES of America.

No. 10695.

Circuit Court of Appeals, Eighth Circuit.

Sept. 8, 1936.

Sigmund M. Bass, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Henry G. Morris, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed for failure to comply with rule IX of the Supreme Court in criminal cases, on notice and certificate of the clerk of the United States District Court under rule 38 of this court.

UNITED STATES of America v. Walter ASHBURN.

No. 7285.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1936.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

E. G. Tollett, of Crossville, Tenn., and Keith Bohannon, of Cookeville, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant.

UNITED STATES of America, Plaintiff-Respondent, v. Irving BALKAN and George Schor, Defendants-Appellants.

No. 20.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

Abraham B. Hertz, of New York City (Nathan H. Herman, of New York City, of counsel), for appellants.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith and Frank J. Parker, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Order (13 F.Supp. 399) affirmed on the authority of In re Gregory, 219 U.S. 210, 31 S.Ct. 143, 55 L.Ed. 184, and Glasgow v. Moyer, 225 U.S. 420, 32 S.Ct. 753, 56 L.Ed. 1147.